IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TAHEE ABD RASHEED,

               Plaintiff,                    No. CIV S-09-3586 KJM P

      vs.

DEPARTMENT OF CORRECTIONS
AND REHABILITATION, et al.,          ORDER

             Defendants.

_____/

        Plaintiff is a state prisoner proceeding pro se, and who has consented to the jurisdiction of the undersigned.  Plaintiff's complaint was filed with the court on December 28, 2009.  The court's own records reveal that on December 23, 2009, plaintiff filed a complaint containing virtually identical allegations against the same defendants.  (No. Civ. S-09-3560 DAD).[1]  Due to the duplicative nature of the present action, the court will dismiss the complaint.

        IT IS ORDERED that this action is dismissed without prejudice.  See Fed. R. Civ. P. 41(b).

DATED: January 6, 2010.

_____
U.S. MAGISTRATE JUDGE

kly/rash3586.23

---

[1]  A court may take judicial notice of court records.  See MGIC Indem. Co. v. Weisman, 803 F.2d 500, 505 (9th Cir. 1986); United States v. Wilson, 631 F.2d 118, 119 (9th Cir. 1980).